William D. Hyslop
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 19 2020

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES MATTHEW ETHRINGTON,<br><br>　　　　　Defendant. | 2:20-CR-22-TOR<br><br>INDICTMENT<br><br>Vio:　21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)<br>　　　Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine<br>　　　(Counts 1-2)<br><br>Forfeiture Allegations<br>21 U.S.C. § 853 |

The Grand Jury charges:

COUNT 1

On or about August 27, 2019, in the Eastern District of Washington, the Defendant, JAMES MATTHEW ETHRINGTON, did knowingly and intentionally possess with the intent to distribute of 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

COUNT 2

On or about September 11, 2019, in the Eastern District of Washington, the Defendant, JAMES MATTHEW ETHRINGTON, did knowingly and intentionally

INDICTMENT - 1

possess with the intent to distribute of 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841 as set forth in Count 1 and Count 2 of this Indictment, the Defendant, JAMES MATTHEW ETHRINGTON, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any of the property described herein, as a result of any act or omission of the Defendant(s):

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

//
//
//
//
//

INDICTMENT - 2

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 19 day of February 2020.

A TRUE BILL

*signature*

William D. Hyslop
United States Attorney

*signature*

Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT - 3