FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 19 2020

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

William D. Hyslop
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES MATTHEW ETHRINGTON<br><br>　　　　　　　Defendant. | Case No.: **2:20-CR-22-TOR-1**<br><br>Motion To Seal Indictment |

　　　Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Caitlin Baunsgard, Assistant United States Attorney for the Eastern District of Washington, moves the Court for an order sealing the Indictment until further

//

//

//

order of the Court or until Defendant JAMES MATTHEW ETHRINGTON's arrest, whichever comes first.

Dated: February 18, 2020.

William D. Hyslop
United States Attorney

*/s/ Caitlin Baunsgard*

Caitlin Baunsgard
Assistant United States Attorney