1
2
3
4
5

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:20-CR-00022-TOR |
|---|---|
| Plaintiff, | |
| v. | Writ of Habeas Corpus Ad Prosequendum |
| JAMES MATTHEW ETHRINGTON, | |
| Defendant. | |

TO: Director of the Spokane County Detention Services and to any United States Marshal

GREETINGS

The Court hereby ORDERS you to deliver the body of JAMES MATTHEW ETHRINGTON now in your custody before the Honorable John T. Rodgers, Magistrate Judge of the United States District Court, in the United States Courthouse, 920 West Riverside, Spokane, Washington, on March 10, 2020, at the hour of 1:30 p.m., in order that the said Defendant in the above-entitled case may then and there be present for an arraignment at said time and place, and also at such other times as may be ordered by the said Court, and have you then and there this writ.

The delivery of the body of said JAMES MATTHEW ETHRINGTON to the courtroom of said United States District Court, as aforesaid, and then return to you of said Defendant to your custody shall be deemed sufficient compliance with the writ.

Writ of Habeas Corpus Ad Prosequendum - 1
Document3

WITNESS the Honorable John T. Rodgers, Magistrate Judge of the United States District Court for the Eastern District of Washington.

Dated: March 9, 2020.

**Issued on**
2:13 pm, Mar 09, 2020

Clerk, United States District Court
Eastern District of Washington

By: *Allison G. Yates*
         Deputy Clerk

Writ of Habeas Corpus Ad Prosequendum - 2
Document3