AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2020

SEAN F. MCAVOY, CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| JAMES MATTHEW ETHRINGTON | ) Case No. 2:20-CR-22-TOR-1 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____JAMES MATTHEW ETHRINGTON_____,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine

Date: Feb 19, 2020, 4:13 pm

_____
*Issuing officer's signature*

City and state:  Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/19/20, and the person was arrested on *(date)* 3/9/20
at *(city and state)* Spokane, WA

Arrested within the E/WA
By: DEA - WRIT
(Agency) *Arresting officer's signature*
Executed On: 3/9/20
Sign: Reagan R. Pavey, USMS

Date: 3/9/20

*Printed name and title*